Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William A. Emerick
Dawn E. Emerick**
   Debtor(s)

Bankruptcy Case No.: 15–20445–JAD
Doc. # 79
Chapter: 13
Docket No.: 80 – 79
Concil. Conf.: November 3, 2016 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **October 7, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 24, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **November 3, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 23, 2016

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20445-JAD
William A. Emerick                                                        Chapter 13
Dawn E. Emerick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2              Date Rcvd: Aug 23, 2016
                              Form ID: 410            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2016.
```
db/jdb         +William A. Emerick,   Dawn E. Emerick,    111 Jessie St.,   Ellwood City, PA 16117-5407
13994777       +AAS Debt Recovery Inc.,    P.O. Box 129,   Monroeville, PA 15146-0129
14010052       +Bayview,   15009 Darnestown rd,    Germantown, MD 20874-3105
14026577        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13994778        Chase,   P.O. Box 78420,   Phoenix, AZ 85062-8420
13994779       +Citi Mortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
14010057        ESB Bank,   600 Lawrence Ave,    Ellwood City, PA 16117-1930
13994780       +Ellwood City Hospital,   724 Pershing Street,    Ellwood City, PA 16117-1499
13994781       +First National Bank of Pennsylvania,    20100 Route 19,   Cranberry Twp, PA 16066-6204
13994782        Heritage Valley Health System,   Family Practice,    2 Peartree Way,   Beaver, PA 15009-1954
14010060       +Hon. Jerry G. Cartwright JR.,    607 Lawrence Ave,   Ellwood City, PA 16117-1929
13994783       +KML Law Group, P.C.,    701 Market Street,   Suite 5000 BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1538
13994785        LCA Collections,   P.O. Box 2240,    Burlington, NC 27216-2240
13994784        Laboratory Corp. of America,    P.O. Box 2240,   Burlington, NC 27216-2240
13994786       +Michael R. Miller DMD,   228 Cliff St.,    Suite A,   Butler, PA 16001-6020
14046265        Navient Solutions, Inc.,   Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13994788        Pediatric Alliance,   110 Washington Avenue,    Ste. 215,   Carnegie, PA 15106-3613
13994790        Pennsylvania American Water Co.,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
14010069       +Richard E. Higley,    213 Morrison Ave,   Ellwood City, PA 16117-2685
14079892       +U.S. Bank National Association,,    as Trustee, et al,   c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,   OH4-7142,    Columbus, OH 43219-6009
14010072       +Wells Fargo,   PO Box 29704,   Phoenix, AZ 85038-9704
14013616        Wells Fargo Bank, N.A.,   P.O. Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14001718        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2016 01:21:32
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
14010053       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 24 2016 01:17:55
                 Bayview Loan Servicing,   ATTN: Customer Service Department,
                 4425 Ponce de Leon Boulevard, 5th Floor,    Coral Gables, FL 33146-1837
13994787        E-mail/Text: mkeibler@pbsmentalhealth.com Aug 24 2016 01:17:53
                 PBS Mental Health Associates, PC,   901 East Brady Streetq,    Ste 103,   Butler, PA 16001-4649
13994789        E-mail/Text: bankruptcy@firstenergycorp.com Aug 24 2016 01:17:43     Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
14031174       +E-mail/Text: csc.bankruptcy@amwater.com Aug 24 2016 01:18:06      Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
13994791        E-mail/PDF: pa_dc_claims@navient.com Aug 24 2016 01:15:33     Sallie Mae,   P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
14010071       +E-mail/Text: compliance@sentrycredit.com Aug 24 2016 01:18:07      Sentry Credit, Inc.,
                 2809 Grand Ave,   Everett, WA 98201-3417
14034271       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 24 2016 01:17:43     West Penn Power,
                 1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, NA.
cr              U.S. BANK NATIONAL ASSOCIATION
cr              U.S. Bank National Association, Et Al...
14010051*      +AAS Debt Recovery Inc.,    P.O. Box 129,   Monroeville, PA 15146-0129
14010054*       Chase,   P.O. Box 78420,   Phoenix, AZ 85062-8420
14010055*      +Citi Mortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
14010056*      +Ellwood City Hospital,   724 Pershing Street,    Ellwood City, PA 16117-1499
14010058*      +First National Bank of Pennsylvania,    20100 Route 19,   Cranberry Twp, PA 16066-6204
14010059*       Heritage Valley Health System,   Family Practice,    2 Peartree Way,   Beaver, PA 15009-1954
14010061*      +KML Law Group, P.C.,    701 Market Street,   Suite 5000 BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1538
14010063*       LCA Collections,   P.O. Box 2240,    Burlington, NC 27216-2240
14010062*       Laboratory Corp. of America,    P.O. Box 2240,   Burlington, NC 27216-2240
14010064*      +Michael R. Miller DMD,   228 Cliff St.,    Suite A,   Butler, PA 16001-6020
14010065*       PBS Mental Health Associates, PC,    901 East Brady Streetq,   Ste 103,   Butler, PA 16001-4649
14010066*       Pediatric Alliance,   110 Washington Avenue,    Ste. 215,   Carnegie, PA 15106-3613
14010067*       Penn Power,   P.O. Box 3687,   Akron, OH 44309-3687
14010068*       Pennsylvania American Water Co.,    P.O. Box 371412,   Pittsburgh, PA 15250-7412
14010070*       Sallie Mae,   P.O. Box 9635,   Wilkes Barre, PA 18773-9635
                                                                                 TOTALS: 3, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2            User: msch                  Page 2 of 2              Date Rcvd: Aug 23, 2016
                                Form ID: 410                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai Rosenblum    on behalf of Debtor William A. Emerick dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Joint Debtor Dawn E. Emerick dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 6
```