**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William A. Emerick** | : | Case No. 15−20445−JAD |
| **Dawn E. Emerick** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 79 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this **26th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

    (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4) The Clerk shall give notice to all creditors of this dismissal.

                                                                     Jeffery A. Deller
                                                                    United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 15-20445-JAD
William A. Emerick                                                  Chapter 13
Dawn E. Emerick
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                    Date Rcvd: Oct 26, 2016
                               Form ID: 309                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db/jdb         +William A. Emerick,    Dawn E. Emerick,    111 Jessie St.,    Ellwood City, PA 16117-5407
13994777       +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14010052       +Bayview,    15009 Darnestown rd,    Germantown, MD 20874-3105
13994778        Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14010057        ESB Bank,    600 Lawrence Ave,    Ellwood City, PA 16117-1930
13994780       +Ellwood City Hospital,    724 Pershing Street,    Ellwood City, PA 16117-1499
13994781       +First National Bank of Pennsylvania,    20100 Route 19,    Cranberry Twp, PA 16066-6204
13994782        Heritage Valley Health System,    Family Practice,    2 Peartree Way,    Beaver, PA 15009-1954
14010060       +Hon. Jerry G. Cartwright JR.,    607 Lawrence Ave,    Ellwood City, PA 16117-1929
13994783       +KML Law Group, P.C.,    701 Market Street,    Suite 5000 BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1538
13994785        LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
13994784        Laboratory Corp. of America,    P.O. Box 2240,    Burlington, NC 27216-2240
13994786       +Michael R. Miller DMD,    228 Cliff St.,    Suite A,    Butler, PA 16001-6020
14046265        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13994788        Pediatric Alliance,    110 Washington Avenue,    Ste. 215,    Carnegie, PA 15106-3613
13994790        Pennsylvania American Water Co.,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14010069       +Richard E. Higley,    213 Morrison Ave,    Ellwood City, PA 16117-2685
14079892       +U.S. Bank National Association,,    as Trustee, et al,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14001718        EDI: AIS.COM Oct 27 2016 01:08:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
14010053       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 27 2016 01:28:51
                 Bayview Loan Servicing,    ATTN: Customer Service Department,
                 4425 Ponce de Leon Boulevard, 5th Floor,    Coral Gables, FL 33146-1837
14026577        EDI: CAPITALONE.COM Oct 27 2016 01:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13994779       +EDI: CIAC.COM Oct 27 2016 01:08:00      Citi Mortgage,    P.O. Box 9438,
                 Gaithersburg, MD 20898-9438
13994787        E-mail/Text: mkeibler@pbsmentalhealth.com Oct 27 2016 01:28:46
                 PBS Mental Health Associates, PC,    901 East Brady Streetq,    Ste 103,    Butler, PA 16001-4649
13994789        E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2016 01:28:34       Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14031174       +E-mail/Text: csc.bankruptcy@amwater.com Oct 27 2016 01:29:03       Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
13994791        EDI: NAVIENTFKASMSERV.COM Oct 27 2016 01:08:00      Sallie Mae,    P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
14010071       +E-mail/Text: compliance@sentrycredit.com Oct 27 2016 01:29:04       Sentry Credit, Inc.,
                 2809 Grand Ave,    Everett, WA 98201-3417
14010072       +EDI: WFFC.COM Oct 27 2016 01:13:00      Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
14013616        EDI: WFFC.COM Oct 27 2016 01:13:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
14034271       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 27 2016 01:28:34       West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, NA.
cr              U.S. BANK NATIONAL ASSOCIATION
cr              U.S. Bank National Association, Et Al...
14010051*      +AAS Debt Recovery Inc.,    P.O. Box 129,    Monroeville, PA 15146-0129
14010054*       Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14010055*      +Citi Mortgage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
14010056*      +Ellwood City Hospital,    724 Pershing Street,    Ellwood City, PA 16117-1499
14010058*      +First National Bank of Pennsylvania,    20100 Route 19,    Cranberry Twp, PA 16066-6204
14010059*       Heritage Valley Health System,    Family Practice,    2 Peartree Way,    Beaver, PA 15009-1954
14010061*      +KML Law Group, P.C.,    701 Market Street,    Suite 5000 BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1538
14010063*       LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
14010062*       Laboratory Corp. of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14010064*      +Michael R. Miller DMD,    228 Cliff St.,    Suite A,    Butler, PA 16001-6020
14010065*       PBS Mental Health Associates, PC,    901 East Brady Streetq,    Ste 103,    Butler, PA 16001-4649
14010066*       Pediatric Alliance,    110 Washington Avenue,    Ste. 215,    Carnegie, PA 15106-3613
14010067*       Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14010068*       Pennsylvania American Water Co.,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14010070*       Sallie Mae,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                    TOTALS: 3, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Oct 26, 2016
                              Form ID: 309            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor   U.S. Bank National Association, Et Al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Dai  Rosenblum    on behalf of Debtor William A. Emerick dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
          Dai  Rosenblum    on behalf of Joint Debtor Dawn E. Emerick dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 6
```