**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WILLIAM A. EMERICK
    DAWN E. EMERICK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-20445 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/13/2015 and confirmed on 05/22/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,708.93 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,708.93 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,980.41 | |
|     Trustee Fee | 491.28 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,471.69 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE | 0.00 | 6,969.16 | 0.00 | 6,969.16 |
|   Acct: XXXXXXXXX3/15 | | | | |
| CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXX8844 | | | | |
| US BANK NA - TRUSTEE | 12,673.06 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXX2/15 | | | | |
| CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXX8844 | | | | |
| RICHARD HIGLEY | 7,783.15 | 2,268.08 | 0.00 | 2,268.08 |
|   Acct: XXXXXXXXXXTAGE | | | | |
| WELLS FARGO BANK D/B/A WELLS FARG | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0711 | | | | |
| | | | | 9,237.24 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 3,000.00 | 2,980.41 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM A. EMERICK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 15-20445 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | | |

| Unsecured | | | | |
|---|---|---|---|---|
| ELLWOOD CITY HOSPITAL<br>Acct: XXX6762 | 0.00 | 0.00 | 0.00 | 0.00 |
| ESB BANK(*)<br>Acct: 5083 | 2,417.35 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: XXXXXX0653 | 0.00 | 0.00 | 0.00 | 0.00 |
| HERITAGE VALLEY HEALTH SYSTEM<br>Acct: XXXXXXXXXXXXX7338 | 0.00 | 0.00 | 0.00 | 0.00 |
| LCA COLLECTIONS<br>Acct: XXXX1560 | 0.00 | 0.00 | 0.00 | 0.00 |
| LCA COLLECTIONS<br>Acct: XXXX5352 | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL MILLER DMD<br>Acct: XX0026 | 0.00 | 0.00 | 0.00 | 0.00 |
| PBS MENTAL HEALTH ASSOCIATES<br>Acct: XXXXXXXX6048 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEDIATRIC ALLIANCE<br>Acct: X3704 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER**<br>Acct: 0129 | 3,467.83 | 0.00 | 0.00 | 0.00 |
| PENNSYLVANIA-AMERICAN WTR CO*<br>Acct: 6412 | 925.04 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM<br>Acct: 2142 | 23,422.22 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 5451 | 199.37 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK D/B/A WELLS FARG<br>Acct: 0711 | 2,276.41 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA**<br>Acct: 6637 | 257.33 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                          9,237.24

TOTAL CLAIMED
PRIORITY           0.00
SECURED        20,456.21
UNSECURED     32.965.55

Date: 12/07/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com